UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LEMONWOOD, INC,<br><br>    PLAINTIFF,<br><br>V.<br><br>THE PARTNERSHIPS IDENTIFIED ON SCHEDULE A,<br><br>    DEFENDANTS. | CASE NO.: 1:25-cv-10510 |

# EXHIBIT 1 TO THE COMPLAINT

# Lemonwood, Inc. - Copyright Summary

| Specimen | Filename | Registration # | Date |
|---|---|---|---|
|  | LWD-02 | VA0002441216 | 04/11/2025 |
|  | LWD-14 | VA0002441217 | 04/11/2025 |

|  | LWD-16 | VA0002441215 | 04/11/2025 |
|---|---|---|---|
|  | LWD-17 | VA0002441250 | 04/11/2025 |

Registration Number

# VA 2-441-216

**Effective Date of Registration:**
April 10, 2025
**Registration Decision Date:**
April 11, 2025

## Title

  **Title of Work:** LWD-02

## Completion/Publication

  **Year of Completion:** 2023
  **Date of 1st Publication:** May 15, 2023
  **Nation of 1st Publication:** United States

## Author

  • **Author:** Lemonwood, Inc.
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright Claimant

  **Copyright Claimant:** Lemonwood, Inc.
  4500 East Speedway, Unit 52, Tucson, AZ, 85712, United States

## Rights and Permissions

  **Organization Name:** Lemonwood, Inc.
  **Address:** 4500 East Speedway
  Unit 52
  Tucson, AZ 85712 United States

## Certification

  **Name:** Jessica Delos Santos
  **Date:** April 10, 2025

Registration Number

# VA 2-441-217

**Effective Date of Registration:**
April 10, 2025
**Registration Decision Date:**
April 11, 2025

## Title

    **Title of Work:** LWD-14

## Completion/Publication

    **Year of Completion:** 2023
    **Date of 1st Publication:** October 15, 2023
    **Nation of 1st Publication:** United States

## Author

-     **Author:** Lemonwood, Inc.
    **Author Created:** 2-D artwork
    **Work made for hire:** Yes
    **Citizen of:** United States

## Copyright Claimant

    **Copyright Claimant:** Lemonwood, Inc.
    4500 East Speedway, Unit 52, Tucson, AZ, 85712, United States

## Rights and Permissions

    **Organization Name:** Lemonwood, Inc.
    **Address:** 4500 East Speedway
    Unit 52
    Tucson, AZ 85712 United States

## Certification

    **Name:** Jessica Delos Santos
    **Date:** April 10, 2025

Registration Number

# VA 2-441-215

Effective Date of Registration:
April 10, 2025
Registration Decision Date:
April 11, 2025

## Title

 Title of Work:   LWD-16

## Completion/Publication

 Year of Completion:   2023
 Date of 1st Publication:   May 15, 2023
 Nation of 1st Publication:   United States

## Author

-  Author:   Lemonwood, Inc.
 Author Created:   2-D artwork
 Work made for hire:   Yes
 Citizen of:   United States

## Copyright Claimant

 Copyright Claimant:   Lemonwood, Inc.
  4500 East Speedway, Unit 52, Tucson, AZ, 85712, United States

## Rights and Permissions

 Organization Name:   Lemonwood, Inc.
 Address:   4500 East Speedway
  Unit 52
  Tucson, AZ 85712 United States

## Certification

 Name:   Jessica Delos Santos
 Date:   April 10, 2025

Registration Number

# VA 2-441-250

Effective Date of Registration:
April 09, 2025
Registration Decision Date:
April 11, 2025

## Title

|  |  |
|---|---|
| Title of Work: | LWD-17 |

## Completion/Publication

|  |  |
|---|---|
| Year of Completion: | 2023 |
| Date of 1st Publication: | May 15, 2023 |
| Nation of 1st Publication: | United States |

## Author

|  |  |
|---|---|
| • Author: | Lemonwood, Inc. |
| Author Created: | 2-D artwork |
| Work made for hire: | Yes |
| Citizen of: | United States |

## Copyright Claimant

|  |  |
|---|---|
| Copyright Claimant: | Lemonwood, Inc.<br>4500 East Speedway, Unit 52, Tucson, AZ, 85712, United States |

## Rights and Permissions

|  |  |
|---|---|
| Organization Name: | Lemonwood, Inc. |
| Address: | 4500 East Speedway<br>Unit 52<br>Tucson, AZ 85712 United States |

## Certification

|  |  |
|---|---|
| Name: | Jessica Delos Santos |
| Date: | April 09, 2025 |